# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-2494EA

_____

| | | |
|---|---|---|
| Ruth Ann Smith, | * | |
| | * | |
| Appellant, | * | Appeal from the United States |
| | * | District Court for the Eastern |
| v. | * | District of Arkansas. |
| | * | |
| Kenneth S. Apfel, Commissioner, Social | * | [UNPUBLISHED] |
| Security Administration, | * | |
| | * | |
| Appellee. | * | |

_____

Submitted: December 16, 1998
Filed: December 23, 1998

_____

Before FAGG, HEANEY, and WOLLMAN, Circuit Judges.

_____

PER CURIAM.

Ruth Ann Smith appeals the district court's grant of summary judgment affirming the Commissioner's decision to deny Smith disability insurance benefits and supplemental security income. After careful review of the parties' briefs and the administrative record, we conclude substantial evidence supports the decision of the Commissioner that Smith is not disabled for social security purposes. We agree with the magistrate judge that the testimony of a vocational expert was not required because "[Smith] had no nonexertional impairment that significantly affected her residual functional capacity to perform a full range of sedentary work activities." Having

concluded the magistrate judge's decision is correct, we affirm on the basis of the magistrate judge's memorandum and order.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.